■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP ROBLES, Appellant.—Judgment, Supreme Court, Bronx County (William T. Martin, J.), rendered April 20, 1988, convicting defendant, after a jury trial, of grand larceny in the fourth degree and sentencing him, as a predicate felon, to a term of from 2 to 4 years' imprisonment, unanimously affirmed.

We reject defendant's claim that the identification testimony was insufficient to establish his guilt beyond a reasonable doubt. The circumstances surrounding both the complainant's and the police officers' identification of defendant were fully explored on cross-examination and during summation. The jury credited the identification testimony, and we discern no reason to disturb its conclusion on appeal. *(People v Mosley,* 112 AD2d 812, *affd* 67 NY2d 985.)* Furthermore, there was nothing impermissibly suggestive in connection with complainant's showup identification, which occurred 7 to 10 minutes after the commission of the crime, a short distance away from the crime scene. *(People v Love,* 57 NY2d 1023.)*

Defendant failed to preserve for review his arguments with respect to the court's charge. In any event, we find the charge

aptly stated the legal principles applicable to the case. Concur —Murphy, P. J., Carro, Kupferman, Asch and Kassal, JJ.